**Order entered June 2, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01497-CV

### IN RE J.H. WALKER, INC. D/B/A J.H. WALKER TRUCKING, Relator

**Original Proceeding from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-00661**

## ORDER

Before the Court is relator's petition for writ of mandamus. The Court requests that real

parties in interest and respondent file their responses, if any, on or before June 15, 2015.


/s/     DAVID L. BRIDGES
        JUSTICE